E0424108



AO 83 (Rev. 08/11) Summons in a Criminal Case (USDC Version)

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

RECEIVED
UNITED STATES MARSHAL
4:01 pm, Jul 21 2026
DISTRICT OF SOUTH CAROLINA
COLUMBIA

United States of America
v.

EARNEST EUGENE BROWN
*Defendant*

Case No. 3:26-632

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

Place: Matthew J. Perry Courthouse
901 Richland Street
Columbia, SC 29201

Courtroom No.: #7

Date and Time: 8/4/2026, 10:00 a.m.

This offense is briefly described as follows:

Title 18, United States Code, Sections 641, 666(A)(1)(a)
Title 18, United States Code, Sections 1028A, 981(a)(1)(C)
Title 28, United States Code, Section 2461(c)

Date: 7/21/2026

s/Karen Boston
*Issuing officer's signature*

ROBIN BLUME, CLERK OF COURT
*Printed name and title*

## RETURN OF SERVICE

I declare under penalty of perjury that I have:

☒ Executed and returned this summons
☐ Certified Mailed ____________
☐ Signed Receipt Date
☐ Signed by ____________

☐ Returned this summons unexecuted
☐ Certified Mailed ____________
☐ No Response ____________
☐ Defendant Appeared ☐ Defendant Failed to Appear

Date: 8-4-26

[signature]
*Server's signature*

DERRICK POPPELREITER, SPECIAL AGENT, VA OI
*Printed name and title*