IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br><br>-vs-<br><br><br>ERNEST EUGENE BROWN | )<br>)<br>)<br>)<br>)<br>)<br>) | Cr. No.3:26-632-CMC<br><br><br><br>ORDER |

The court finds, based on the reasons set out in the defendant's first motion for a continuance and the consent of the government, that a continuance of this case to the court's next scheduled term is justified. The court finds that the ends of justice are best served by the granting of this continuance and outweigh the best interest of the public and the defendant in a speedy trial. The defendant has indicated consent by his signature on the motion for continuance.

**IT IS THEREFORE ORDERED** that this case is continued until this court's next scheduled term, and that any period of delay resulting from the granting of this continuance is excludable under 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
September 18, 2026